

# Fourth Court of Appeals
## San Antonio, Texas

May 13, 2015

No. 04-14-00903-CV

**LIGHTNING OIL COMPANY,**
Appellant

v.

**ANADARKO E&P ONSHORE LLC** fka Anadarko E&P Company, LP,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 14-01-12171-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

## O R D E R

Appellant's reply brief was filed on April 21, 2015. On May 6, 2015, Appellant submitted an amended reply brief and filed an unopposed motion to file an amended reply brief.

Appellant's unopposed motion is GRANTED. Appellant's amended reply brief is filed. *See* TEX. R. APP. P. 38.7.

PER CURIAM

Attested to:_____
Keith E. Hottle
Clerk of Court